## UNITED STATES v. SALISBURY.
### No. 9258.

Circuit Court of Appeals, Third Circuit.

Argued March 7, 1947.

Decided March 14, 1947.

Sidney W. Bookbinder, of Burlington, N. J. (John S. Conroy, 3d, of Burlington, N. J., on the brief), for appellant.

John A. Waldron, Asst. U. S. Atty., of Trenton, N. J. (Edgar H. Rossbach, U. S. Atty., of Newark, N. J., on the brief), for appellee.

Before BIGGS, GOODRICH, and O'CONNELL, Circuit Judges.

PER CURIAM.

The evidence in the instant case showed the existence of a conspiracy and was sufficient to justify a finding that the appellant intended to defraud the United States.

The court below committed no error in submitting the case to the jury. The charge was ample and fair. Perceiving no error, we will affirm the judgment of conviction.